JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH L. KIMBLE,<br>Petitioner,<br>v.<br>MARIO RAMIREZ,<br>Respondent. | Case No. 2:26-cv-7772-CAS-RAO<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: July 31, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE